# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHARON GOETZ, on behalf of the Cornerstone Pediatric Profit Sharing Plan and as representative of a class of all other similarly situated individual account retirement plans,<br><br>      Plaintiff,<br><br>v.<br><br>VOYA FINANCIAL, INC. and VOYA RETIREMENT INSURANCE AND ANNUITY COMPANY<br><br>      Defendants. | Civil Action No. 1:17-cv-01289-CFC |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Paul R. Wood of the law firm Franklin D. Azar & Associates, P.C. has moved office locations. Paul R. Wood's new address is 6161 South Syracuse Way, Suite 200, Greenwood Village, CO 80111. The phone number and facsimile number for Paul R. Wood will remain the same. Please update your records accordingly.

Date: February 20, 2020

                                       CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP

                                       */s/ Robert J. Kriner, Jr.*
                                       Robert J. Kriner, Jr. (DE No. 2546)
                                       CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP
                                       2711 Centerville Road
                                       Wilmington, DE 19808
                                       (302) 656-2500

                                       *Delaware Counsel for Plaintiff*

Paul R. Wood
FRANKLIN D. AZAR & ASSOCIATES, P.C.
6161 South Syracuse Way
Suite 200
Greenwood Village, CO 80111
(303) 757-3300
(720) 213-5131

*Counsel for Plaintiff*